### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JESSICA GLENDENING, as next friend of G.W.; AUDRA ASHER, as next friend of L.P.; COLIN SHAW, as next friend of C.B. and N.K.; and LAURA VALACHOVIC, as next friend of E.K., <br><br> *Plaintiffs*, <br> v. <br><br> LAURA HOWARD, Secretary of Kansas Department of Aging and Disability Services, in her official capacity, MIKE DIXON, State Hospitals Commissioner, in his official capacity, and LINDSEY DINKEL, Larned State Hospital Superintendent, in her official capacity, <br><br> *Defendants*. | Case No. 5:22-cv-04032-TC-GEB |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have reached an agreement to settle the dispute between them and therefore hereby stipulate that the above-caption action be dismissed with prejudice. Each party shall bear its own costs and fees except as otherwise agreed upon by the parties.

Dated: November 5, 2024

Respectfully submitted,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**

*/s/Kunyu Ching*

Kunyu Ching #29807
10561 Barkley St, Suite 500
Overland Park, KS 66212
(913) 490-4100
kching@aclukansas.org

**NATIONAL POLICE ACCOUNTABILITY PROJECT OF NATIONAL LAWYERS GUILD**

Lauren Bonds KS #27807
1403 Southwest Boulevard
Kansas City, Kansas 66103
(620) 664-8584
legal.npap@nlg.org

Keisha James* (DC #1658974)
P.O. Box 56386
Washington, DC 20040
(202) 557-9791
keisha.npap@nlg.org

Eliana Machefsky* (CA #342736)
2111 San Pablo Avenue
PO Box 2981
Berkeley, CA 94702
(314) 440-3505
fellow.npap@nlg.org

**STINSON LLP**

Mark D. Hinderks KS #27807
George F. Verschelden KS #21469
Benjamin Levin KSD #79008
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
(816) 691-2706
mark.hinderks@stinson.com
george.verschelden@stinson.com
ben.levin@stinson.com

*Admitted Pro Hac Vice*

***Attorneys for Plaintiffs***

2

3

**Fisher, Patterson, Sayler & Smith, LLP**
3550 SW 5th Street | Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com
cmoe@fpsslaw.com

*s/Charles E. Branson*
| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |
| Crystal B. Moe | #29168 |

***Attorneys for Defendants***

3